DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866)790-2242
Facsimile: (888)802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
CYNTHIA HOPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **620 WEST CHARTER WAY LIMITED LIABILITY COMPANY**, dba Charter Way Shell, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | Case No.: 2:15-cv-1422-JAM-KJN <br><br><br> **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISMISSAL** |

## ORDER

**IT IS HEREBY ORDERED,** good causing showing, this Honorable Court GRANTS the Parties' request for thirty (30) additional days to file dispositional documents. Accordingly, dispositional documents shall be filed within thirty (30) days from today's date, or no later than August 11, 2017.

Dated: July 11, 2017        /s/ John A. Mendez
                           UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Granting Request for Extension of Time to File Dismissal

1