DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF

T. MARK O'TOOLE, SBN 84246
11 South San Joaquin Street, Suite 501
Stockton, CA 95202
Telephone: 209-462-4983
Electronic Mail: mark.otoole@live.com

Attorney for DEFENDANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>PLAINTIFF,<br><br>v.<br><br>**620 WEST CHARTER WAY LIMITED LIABILITY COMPANY**, dba Charter Way Shell, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.: 2:15-cv-1422-JAM-KJN<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and

attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: August 28th, 2017  /s/Daniel Malakauskas_____
By: Daniel Malakauskas,
Attorney for Plaintiff

Dated: August 28th, 2017  /s/Mark O'Toole_____
By: Mark O'Toole,
Attorney for Defendant

## **ORDER**

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: 8/28/2017  /s/ John A. Mendez_____
U. S. District Court Judge